# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
## CIVIL MINUTES - GENERAL

CASE NO.:   CV-11-2012-R                                    DATE: MARCH 14, 2011

TITLE: WELLS FARGO BANK N.A. et al -V- GREGORIO ORTEGA

================================================================
PRESENT:

HON. MANUEL L. REAL, JUDGE

| William Horrell | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:          ATTORNEYS PRESENT FOR DEFENDANT:

Not present                                                          Not present

PROCEEDINGS:   ORDER TO SHOW CAUSE TO REMAND FOR LACK OF JURISDICTION

THIS MATTER IS SET ON CALENDAR FOR HEARING ON MARCH 25, 2011 AT 11:00 A.M. FOR AN ORDER TO SHOW CAUSE WHY THIS ACTION SHOULD NOT BE REMANDED BACK TO STATE COURT FOR LACK OF FEDERAL JURISDICTION.

PRESENCE OF COUNSEL/PRO SE PARTIES AT THE HEARING IS MANDATORY;  FAILURE TO ATTEND WILL RESULT IN AUTOMATIC REMAND OF THE ACTION.

cc: counsel of record

MINUTES FORM II                                                            Initials of Deputy Clerk __WH____
CIVIL - GEN                                        D-M